UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TERESA M. GAFFNEY,

    Plaintiff,

v.                                            Case No: 8:22-cv-1613-CEH-SPF

MARIE T RIVES, JOSHUA E.
DOYLE, LINDSEY M GUINAND,
PATRICIA ANN SAVITZ and PETER
R. RAMSBERGER,

    Defendants.

## ORDER

This matter is before the Court *sua sponte*. On September 15, 2023, the Court issued an order granting Defendants' Joshua E. Doyle and Lindsey M. Guinand's Motion to Dismiss, as well as Defendant Marie T. Rives' Motion to Dismiss. Doc. 101. The order directed Plaintiff Teresa M. Gaffney to show cause, within fourteen (14) days, as to why her claims against Defendants Attorney General Ashley Moody, Patricia Ann Toro Savitz, and Peter Ramsberger should not be dismissed based on Plaintiff's failure to serve them within 90 days of filing her complaint. *Id.* at 25. The order also granted Plaintiff leave to file an amended complaint as to her claims against Defendant Marie T. Rives within fourteen (14) days of the order. *Id.* The Court advised Plaintiff that failure to file an amended complaint within the time provided would result in dismissal of the action without further notice. *Id*. To date, Plaintiff has neither filed an amended complaint nor a response to the Court's Order to show cause.

Accordingly, it is **ORDERED**:

1. The remaining claims in this action are **DISMISSED** without prejudice.[1]

2. The Clerk is directed to terminate all pending motions, except the motions for or related to sanctions (Docs. 56, 68, 71, 86, and 92), and close this case. The motions for sanctions will be addressed in due course.

**DONE** and **ORDERED** in Tampa, Florida on October 3, 2023.

Charlene Edwards Honeywell
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties

---

[1] As stated in the Court's order on the motion to dismiss, the claims against Lindsey M. Guinand were dismissed with prejudice. Doc. 101 at 24.